UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00116

**Wyatt Busby,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

**O R D E R**

Plaintiff Wyatt Busby, a prisoner proceeding pro se, brought this action without paying the filing fee. Docs. 1, 3. He subsequently moved for leave to proceed in forma pauperis. Doc. 6. The case was referred to a magistrate judge, Doc. 2, who ordered plaintiff to cure deficiencies in his amended complaint (Doc. 7) and to supplement his motion to proceed in forma pauperis. Docs. 8, 9. Plaintiff failed to comply.

The magistrate judge subsequently issued a report and recommendation, recommending that plaintiff's case be dismissed without prejudice for failure to comply with a court order and for failure to prosecute. Doc. 12. Plaintiff filed no objections.

When no timely objections to a report have been filed, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit is dismissed without prejudice for failure to comply with a court order and for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on October 17, 2025.*

J. CAMPBELL BARKER
United States District Judge